UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMERICA AVINA,           ) | |
|     Plaintiff,      ) | |
|                   ) | |
| vs.                                        ) | 1:04-cv-1590-RLY-TAB |
|                   ) | |
| THE H.T. HACKNEY COMPANY,  ) | |
|     Defendant.    ) | |

## JUDGMENT

The court, having this day made its Entry granting Defendant's Motion to Dismiss or In the Alternative for Summary Judgment, and having directed the entry of final judgment,

IT IS ADJUDGED AND DECREED that the Plaintiff take nothing by her complaint, and that judgment is entered for the Defendant and against the Plaintiff on her complaint.

The costs of this action are to be born by the party incurring them.

IT IS SO ORDERED this 25th day of January 2006.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

/s/Christina L. Leighty
By: Deputy Clerk

Electronic copies to:

J. Steven Collins
BURROUGHS COLLINS & JABALEY PLC
steve@bcjattorneys.us

Stacey Michelle Davis
staceymdavislaw@aol.com

G. Gerard Jabaley
BURROUGHS COLLINS & JABALEY, PLC
gerard@bcjattorneys.us

Stephen Dale LePage
HARRISON & MOBERLY
slepage@h-mlaw.com